## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Eric Glenn Banks Sr.

12-03-1965

#424687

MCI-J /P.O. Box 549

Jessup, MD. 20794

*(Full name, date of birth, identification #, address of petitioner)*

**Plaintiff,**

```
_____ FILED    _____ ENTERED
_____ LOGGED   _____ RECEIVED

      SEP 1 5 2025

        AT BALTIMORE
   CLERK, U.S. DISTRICT COURT
    DISTRICT OF MARYLAND
BY _____ DEPUTY
```

v.

Dr. Yonas Sisay, N.P.

Mrs. May, N.P. Mrs. Yvette

Mrs. Linda

MCI-J /P.O. Box 549

Jessup, MD. 20794

*(Full name and address of respondent)*

**Defendant(s).**

Case No.: _____
*(Leave blank. To be filled in by: Court.)*

## COMPLAINT

I. Previous Lawsuits.

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

      YES ☑     NO ☐

   B. If you answered YES, describe that case(s) in the spaces below.

     1. Parties to the other case(s):

      Plaintiff: Eric G. Banks Sr.

      Defendant(s): Dr. Yonas Sisay, N.P. Mrs. Linda, Mrs May (N.P.) N.P. Mrs. Yvette NP/ Mrs Emanuel

     2. Court (if a federal court name the district; if a state court name the city or county):

      Anne Arundel County Circuit Court Annapolis, MD.

3. Case No.: _C-02-CV-20-001001_

4. Date filed: _April 9, 2020_

5. Name of judge that handled the case: _Judge Donna McCabe Schaeffer_

6. Disposition (won, dismissed, still pending, on appeal): _Was told to refile_
_because I filled against institution and medical. Didn't have the 16's again._

7. Date of Disposition: _April 9, 2021_

## II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☑    NO ☐

1. If you answered YES:

   a. What was the result? _Dis missed for procedural reasons_
   _C.O.M.A.R 12.02.28 11A(1)(b): /OPS 185.0002_

   b. Did you appeal? _7/6/25    7/16/25_

   YES ☑    NO ☐

2. If you answered NO to either of the questions above, explain why: ___N/A___
   _N/A_
   _N/A_

## III. Statement of Claim

(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

_My left was already injuried and had seis on a nerve,_
_and torn tissue in left leg. As I walked I tried to keep_
_weight off left side as possible. In the process I fell_
_on the evening of 1-31-2025 I went to medical._
_See... EX1 Still not seen, ARP on 3/2/25. See...EX2_

I was sent to therapy for my right leg and knee even though the therapist gave me therapy on both legs and knees. On 4-14-25 I wrote another ARP-0229-25 about the continue pain in my roght leg and much is not being done. See... Ex 3. On 5/12/25 I write ARP 0401-25 due to the fact that on my way back from therapy my leg irons got caught in one of the holes in the step stool and I fell forward into the van. The leg irons had locked up and streched the back of my legs and knees, and made my existing pain worst.  See... Ex: 4 and 5. So I wrote a ARP asking for  a MRI for both legs I am having the same signs that I had and have with my left leg. Why wait so long to find the problem for my  right leg the way they did with my left leg. See... Ex: 6 IGO 20250853 ARP-MCIJ-0231-25. Ex: 7 Paper for cain. On May the 5th 2025 I was approved to see the but when I went to the hospital Dr. Sisay only told the doctors to check my left leg. I went to 8 sessions for therapy at JCI. Dr.Sisay said that my next move was to go to the hospital. Still today I am still waiting. When I walk at times the front side of my right leg go num mainly around my knee area. Sometimes when I set down my right leg hurt and even cramp up.

IV. Relief
    (State briefly what you want the Court to do for you.)

I would like to be taken for a MRI and treated for what ever they find. I would like to be compensated for the delay in treatment, pain and suffering. I like to go to a outside hospital.

SIGNED THIS 9/11/25 day of _____ September , 2025 _____.

_____
Signature of Plaintiff

Eric G. Banks Sr.
Printed Name

MCI-J / P.O. Box 549
Address Jessup, MD 20794

N/A
Telephone Number

N/A
Email Address